# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147932(19)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

WILFRED MARTIN HADLEY,
　　　　Defendant-Appellant.

SC: 147932
COA: 316819
Jackson CC: 09-005026-FC

_____/

　　　　On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing a brief in support of the application for leave to appeal is GRANTED. The supporting brief will be accepted for filing if filed on or before December 31, 2013.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2013



Clerk